No. 03–1302. CONROY v. TOWNSHIP OF LOWER MERION, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 03–1322. PROVENZA v. FRIEND. C. A. 5th Cir. Certiorari denied. 

No. 03–1326. HAWKINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.█ 

No. 03–1327. FANNING, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. 

No. 03–1334. IMPERIAL COUNTY AIR POLLUTION CONTROL DISTRICT v. SIERRA CLUB ET AL. C. A. 9th Cir. Certiorari denied. 

No. 03–1426. DEKALB COUNTY, GEORGIA v. PRICKETT ET AL. C. A. 11th Cir. Certiorari denied. 

No. 03–1429. 4-MALI LLC v. BANKERS INSURANCE CO. C. A. 5th Cir. Certiorari denied. 

No. 03–1437. WAITE v. HIPPE ET AL. Ct. App. Neb. Certiorari denied. 

No. 03–1441. BISHOP ET AL. v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied. 

No. 03–1442. EAGLE INSURANCE CO. ET AL. v. BANKVEST CAPITAL CORP. C. A. 1st Cir. Certiorari denied. 

No. 03–1444. ARCHDIOCESE OF MILWAUKEE v. SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY. Ct. App. Cal., 4th App. Dist. Certiorari denied.